AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br><br>AMIT KUMAR JAIN<br>*Defendant* | )<br>)  Case No.  2:25-cr-00277-002<br>)<br>)  FID: 11884407<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    AMIT KUMAR JAIN

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

   18 U.S.C. 1349 CONSPIRACY TO COMMIT WIRE FRAUD
   18 U.S.C. 1343 WIRE FRAUD
   18 U.S.C. 1956(h) CONSPIRACY TO COMMIT MONEY LAUNDERING

**RECEIVED**
By KKrapp at 1:06 pm, Nov 05, 2025

Sarah Sewall
Name of Issuing Officer

*Sarah Sewall*
Signature of Issuing Officer

Case Administration Supervisor
Title of Issuing Officer

11/05/2025          Pittsburgh
Date and Location

### Return

This warrant was received on *(date)* 11/05/2025, and the person was arrested on *(date)* 12/05/2025
at *(city and state)* Vienna, Virginia.

Date: 12/05/2025

*Matthew J. Ragan*
Arresting officer's signature

MATTHEW J. RAGAN, SPECIAL AGENT
Printed name and title